1   Xavier Becerra
    Attorney General of California
2   Giam M. Nguyen
    Supervising Deputy Attorney General
3   Colin A. Shaff
    Deputy Attorney General
4   State Bar No. 300301
      300 South Spring Street, Suite 1702
5     Los Angeles, CA  90013
      Telephone:  (213) 269-6039
6     Fax:  (213) 897-7604
      E-mail:  Colin.Shaff@doj.ca.gov
7   *Attorneys for Defendants*
    *CDCR, H. Anglea, S. Kernan, and R. Diaz*
8

9              IN THE UNITED STATES DISTRICT COURT

10          FOR THE CENTRAL DISTRICT OF CALIFORNIA

11                      CIVIL DIVISION

12

13  | | |
| --- | --- |
| **Kirsanov, Stanislav, Kirsanov, Evgenia,** | Case No. 2:19-CV-0989 |
| Plaintiffs, | **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a) (FEDERAL QUESTION)** |
| **v.** | |
| **CDCR, et al.,** | |
| Defendants. | Action Filed: December 17, 2018 |

20       TO THE CLERK OF THE COURT:

21       PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446,

22  Defendants California Department of Corrections and Rehabilitation, H. Anglea, R.

23  Diaz, and S. Kernan ("Defendants") hereby remove this action from the Superior

24  Court of California, County of Ventura, to the United States District Court for the

25  Central District of California.

26

27

28

                              1

**THE REMOVED ACTION**

1. On December 17, 2018, the removed civil action titled *Kirsanov v. California Department of Corrections et al*., Case No. 56-2018-00521970-GU-PO-VTA, was commenced in the Superior Court of California, County of Ventura. A true and correct copy of the summons and Complaint is attached hereto as "Defendants' Exhibit A."

2. In the Complaint, Plaintiffs Stanislav and Evgenia Kirsanov ("Plaintiffs"), sued Defendants California Department of Corrections and Rehabilitation, H. Anglea, R. Diaz, and S. Kernan. At this time, "Warden Gabriel Romo," "Sierra Conservation Camp," and "Ventura Conservation Camp 46" have been named as defendants but have not yet been served. Plaintiff Stanislav Kirsanov is an inmate in the custody of the California Department of Corrections and Rehabilitation ("CDCR") and is presently paroled. Generally, the Complaint alleges that the named defendants are responsible for injuries caused to Plaintiff by unknown persons.

3. The Complaint asserts that all Defendants are liable for the following eleven causes of action: (1) violation of Plaintiff Stanislav Kirsanov's Eighth Amendment right to be free from unreasonable and excessive force; (2) violation of Plaintiff Stanislav Kirsanov's First, Fourth, and Fourteenth Amendment rights to be free from "deliberately indifferent policies, practices, customs, training, and supervision"; (3) conspiracy to violate of Plaintiff Stanislav Kirsanov's Fourth and Fourteenth Amendment rights; (4) violation of Plaintiff Stanislav Kirsanov's rights under the California Constitution, Article 1, section 17; (5) violation of Stanislav Kirsanov's rights under California Civil Code section 51.7 and California common law; (6) assault on Plaintiff Stanislav Kirsanov; (7) battery on Plaintiff Stanislav Kirsanov; (8) negligence as to Plaintiff Stanislav Kirsanov; (9) negligent infliction of emotional distress as to Plaintiff Stanislav Kirsanov; (10) intentional infliction of

emotional distress as to Plaintiff Stanislav Kirsanov; (11) premises liability; and (12) loss of consortium as to Plaintiff Evgenia Kirsanov.

## REMOVAL IS TIMELY

4.    Service of the summons and Complaint on Defendant California Department of Corrections and Rehabilitation, R. Diaz, and H. Anglea was effectuated on January 11, 2019, via personal service from OnPoint Legal, 3104 O Street, #353, Sacramento, CA 95816. Service was effectuated on Defendant S. Kernan on January 25, 2019. Service was not received for named defendants "Warden Gabriel Romo," "Sierra Conservation Camp," and "Ventura Conservation Camp 46." A true and correct copy of the service documents, indicating service on Defendants CDCR, Diaz, Anglea, and Kernan are attached hereto as "Defendants' Exhibit B."

5.    Because the Complaint was first served on Defendants CDCR, Diaz, Anglea on January 11, 2019, this Notice of Removal is timely under 28 U.S.C. § 1446(b)(1).

## GROUNDS FOR REMOVAL: FEDERAL QUESTION JURISDICTION

6.    This Court has original jurisdiction over this action because it arises under the U.S. Constitution and laws of the United States. 28 U.S.C. § 1331. Claims 1, 2, and 3 are explicitly brought under 42 U.S.C. § 1983, and allege violations of Plaintiff Stanislav Kirsanov's rights under the First, Fourth, Eighth, and Fourteenth Amendments. Removal is therefore permitted under 28 U.S.C. § 1441(a) based on federal question jurisdiction.

7.    This Court has supplemental jurisdiction over the remaining causes of action and those not explicitly brought under the U.S. Constitution or the laws of the United States because they are "so related to claims in the action" over which the Court has original jurisdiction "that they form part of the same case or controversy." 28 U.S.C. § 1367(a).

**VENUE**

8.     Venue is proper in the United States District Court for the Central District of California, because it is the district embracing the Superior Court of California, County of Ventura, in which the removed action is pending. 28 U.S.C. § 1441(a).

**UNSERVED DEFENDANTS**

9.     Unserved or defectively served defendants are not required to join in or consent to the removal of the action under 28 U.S.C. § 1446(b)(2)(A). *See Destfino v. Reiswig*, 630 F.3d 952, 957 (9th Cir. 2011).

10.   As the only properly served defendants in this action at the time of the filing of this Notice, Defendants CDCR, Diaz, Anglea, and Kernan join in seeking removal of the action to federal court, and need not obtain the joinder or consent of any other party to comply with 28 U.S.C. § 1446(b)(2)(A).

**PAPERS FROM REMOVED ACTION**

11.   In accordance with 28 U.S.C. § 1446(a), copies of "all process, pleadings, and orders served upon" Defendants CDCR, Diaz, Anglea, and Kernan in the removed action are attached hereto as "Defendants' Exhibit A."

12.   Because this action involves a claim for redress by a prisoner, and is brought against a governmental entity or employee, Defendants request that the Court screen the Complaint under 28 U.S.C. § 1915A and 42 U.S.C. § 1997e, and dismiss the Complaint or some portion of it if Plaintiff has raised claims that are legally frivolous, malicious, or fail to state a claim upon which relief may be granted, or seek monetary relief from a Defendant who is immune from such relief. 28 U.S.C. § 1915A(a), (b); 42 U.S.C. § 1997e(c)(1), (2).

13.   Defendants request thirty days to respond to the Complaint from the service of the screening order.

/ /

/ /

## NOTICE TO ADVERSE PARTIES AND STATE COURT

14.   In accordance with 28 U.S.C. § 1446(d), Defendants CDCR, Diaz, Anglea, and Kernan will promptly provide written notice of removal to all adverse parties and will promptly file a copy of this Notice of Removal with the Clerk of the Superior Court of California, County of Ventura.

Dated:  February 8, 2019                     Respectfully submitted,

XAVIER BECERRA
Attorney General of California
GIAM M. NGUYEN
Supervising Deputy Attorney General

*/s/ Colin A. Shaff*

COLIN A. SHAFF
Deputy Attorney General
*Attorneys for Defendants*
*CDCR, H. Anglea, S. Kernan, and R. Diaz*

LA2019500224
53241624.docx

# CERTIFICATE OF SERVICE

Case Name:   **Kirsanov, Stanislav, Kirsanov,**          Case No.   **2:19-CV-00989**
                 **Evgenia v. CDCR, et al.**

I hereby certify that on February 8, 2019, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a) (FEDERAL QUESTION)**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 8, 2019, at Los Angeles, California.

              R. Velasco                           /s/ R. Velasco
                 Declarant                              Signature

LA2019500224
53244379.docx