JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Kirsanov, Stanislav, and Kirsanov, Evgenia,**<br><br>Plaintiffs,<br><br>v.<br><br>**CDCR, et al.,**<br><br>Defendants. | Case No. 2:19-cv-00989 DSF (DFMx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO STIPULATION UNDER RULE 41 (a)(1)(A)(ii) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

1 | The parties having stipulated to dismissal of this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that this action is dismissed with prejudice.

IT IS SO ORDERED.

DATED: September 7, 2021

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE